Maureen Gaughan
PO Box 6729
Chandler, AZ 85246-6729
(480) 899-2036

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re: | ) | CHAPTER 7 |
| --- | --- | --- |
| | ) | |
| PAINTER, ORVILLE DEAN | ) | CASE NO. 08-16915-PHX-CGC |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |
| Debtor(s). | ) | |

Maureen Gaughan, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
| --- | --- | --- | --- |
| 1003 | 12/14/09 | PAINTER, ORVILLE DEAN<br>249 W. MAIN #4<br>AVONDALE, AZ 85323 | $139.95 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $139.95 to the Clerk of Court to be deposited in the Registry thereof.

July 1, 2010         /s/ Maureen Gaughan
DATE                 Maureen Gaughan, Trustee